UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MIGUEL LAGOS, on behalf of himself and all
others similarly situated,

                          Plaintiffs,                   13-CV-00259 (LDW) (ETB)

           -against-                    **NOTICE OF**
                                               **<u>APPEARANCE</u>**

GIANNINI CONSTRUCTION CORP. a/k/a
GIANNINI LANDSCAPING, MDG LANDSCAPING
INC., and MITCHELL GIANNINI

                         Defendants.
--------------------------------------------------------------X

      The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendants GIANNINI CONSTRUCTION CORP. a/k/a GIANNINI LANDSCAPING,

MDG LANDSCAPING INC., and MITCHELL GIANNINI.

Dated: East Meadow, New York
       March 19, 2013

                           CERTILMAN BALIN ADLER & HYMAN, LLP

                           By: _____/s/_____
                                 Sanjay V. Nair, Esq.
                         90 Merrick Avenue
                         East Meadow, New York 11554
                         (516) 296-7000
                         *Attorneys for Defendants*

TO:    Peter A. Romero, Esq. (*via ECF*)
       FRANK & ASSOCIATES, P.C.
       Farmingdale, New York 11735
       (631) 756-0400
       *Attorneys for Plaintiff*

2634264.1