UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

MIGUEL LAGOS, on behalf of himself and all
Others similarly situated,

                                                                              13-CV-0259 (LDW) (ETB)


                                    Plaintiffs,


                -against-


GIANNINI CONSTRUCTION CORP. a/k/a
GIANNINI LANDSCAPING, MDG LANDSCAPING INC.,
MITCHELL GIANNINI,

                                    Defendants.

-----------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        Please enter the appearance of Andrea Rodriguez-Tarazi, Esq., of Frank &

Associates, P.C., as attorney for Plaintiffs Miguel Lagos and all others similarly situated

in the above-captioned matter.


Dated: Farmingdale, New York
        March 27, 2014

                                    **FRANK & ASSOCIATES, P.C.**

                        By:    _____
                                    Andrea Rodriguez-Tarazi, Esq.
                                    500 Bi-County Blvd., Suite 112N
                                    Farmingdale, New York 11735
                                    (631) 756-0400 telephone
                                    (631) 756-0547 facsimile
                                    Atarazi@laborlaws.com

                                    *Attorneys for Plaintiffs*